MORRIS SILVER, Plaintiff, Appellant, *v.* HYMAN HABER, Defendant, Respondent.

Supreme Court, Appellate Term, First Department, November 18, 1924.

**Negligence — action to recover damages arising by reason of runaway horse — question of negligence of defendant's driver should have been submitted to jury.**

In an action for damages occasioned by the running away of defendant's horse, it was reversible error to refuse to submit to the jury the question of the driver's failure to keep the bit in the horse's mouth, and his prior failure to discover that the bit was out of the horse's mouth before he left defendant's store.

APPEAL by plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, second district, in favor of defendant.

*Julius Horwitz,* for the appellant.

*Pettigrew, Glenney & Bovard* (*Laurence C. Stryker,* of counsel), for the respondent.

*Per Curiam.* Whether it was negligence on the part of the driver to allow the bit to be out of the horse's mouth, and whether in the exercise of reasonable care he should have discovered that fact before he left the defendant's store were questions among others that should have been submitted to the jury.

Judgment reversed and a new trial ordered, with thirty dollars costs to the appellant to abide the event.

All concur; present, GUY, BIJUR and MULLAN, JJ.